Form fnldend2

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

In Re:  Bernie Ray Harper and Greta Lynn Harper
       Debtor(s)

Case No.: 5:13–bk–50065

Debtor SSN:xxx–xx–0754
Joint Debtor SSN:xxx–xx–4460

Chapter:  7
Judge: Ronald G. Pearson

**FINAL DECREE CLOSING CASE WITHOUT ENTRY OF DISCHARGE**

    The estate of the above named Debtor(s) has been fully administered; however the Debtor(s) is not eligible to receive a discharge in this case.

IT IS ORDERED THAT:

(1)    The trustee is discharged from the estate of the above named Debtor(s) and the bond is cancelled;

(2)    The chapter 7 case of the above named Debtor(s) is closed without entry of a discharge.

Entered: 9/13/13

                        By the Court
                        <u>Ronald G. Pearson</u>

                        United States Bankruptcy Judge